■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT D. RODRIGUEZ, Appellant. [783 NYS2d 480]—Appeal from a judgment of the County Court of Chemung County (Hayden, J.), rendered June 6, 2003, convicting defendant upon his plea of guilty of the crime of assault in the second degree.

Defendant pleaded guilty to the crime of assault in the second degree and was sentenced as a second felony offender to a bargained-for prison term of three years, followed by five years of postrelease supervision. On appeal, defense counsel seeks to be relieved of his assignment as counsel for defendant on the ground that there are no nonfrivolous issues that can be raised on appeal. Upon our review of the record and defense counsel's brief, we agree. The judgment is, accordingly, affirmed and defense counsel's application to be relieved of his assignment is granted (*see People v Cruwys*, 113 AD2d 979 [1985], *lv denied* 67 NY2d 650 [1986]; *see generally People v Stokes* 95 NY2d 633 [2001]).

Cardona, P.J., Spain, Mugglin, Rose and Kane, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.